UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:06MJ2072-2 AGF |
| CHRISTINA RICKS, | ) ) ) | |
| Defendant. | ) | |

**ORDER FINDING PROBABLE**
**CAUSE AND SETTING BOND**

On March 10, 2006, Defendant was charged in a one count criminal complaint with aggravated identity theft, in violation of 18 U.S.C. § 1028A. The government moved for pretrial detention, and counsel was appointed to represent Defendant.

On March 14, 2006, the Court held a preliminary examination hearing and a hearing on the government's motion for pretrial detention. Defendant appeared and was represented by her attorney, Douglas S. Pribble. The government was represented by Assistant United States Attorney Tracy L. Berry. The government presented the testimony of Special Agent David O. Rizi, employed with the Federal Bureau of Investigation, and Special Agent Tom Brady, employed with the Social Security Administration. Based upon the evidence adduced at the preliminary examination, the Court finds probable cause to believe that the offense charged in the complaint was committed by Defendant, and the Defendant will be held to answer the charges.

With regard to the issue of pretrial detention, neither party had any objections to the Pretrial Services Report ("PSR") dated March 13, 2006, which the Court adopts and incorporates herein.  Based on the information contained in the PSR, the government stated that it would not oppose releasing Defendant on a secured bond with home incarceration.  The Court agrees that there is a combination of conditions that will adequately assure Defendant's appearance and the safety of the community.  18 U.S.C. § 3142(e) and (f).

**THEREFORE, IT IS HEREBY ORDERED** that Defendant be held to answer any timely filed indictment, and this case is passed to **Friday, April 7, 2006, at 4:00 p.m.**, for a conference on the status of the prosecution before the undersigned United States Magistrate Judge.

**IT IS FURTHER ORDERED** that Defendant be released on a $20,000 bond, secured by property or 10% in cash.  In addition to the standard conditions of release, Defendant shall also be subject to the following conditions:

1. Defendant shall participate in a program of home detention, at her mother's home, with electronic monitoring.

2. Defendant shall maintain or actively seek verifiable employment.

3. Defendant shall participate in a program of drug testing and drug treatment as directed by the Pretrial Services Office.

4. Should Defendant obtain employment that involves the handling of financial transactions or access to financial information, Defendant shall disclose the

federal charges to her employer within five days of employment, to address third-party risk.

                                                */s/ Audrey G. Fleissig*
                                                AUDREY G. FLEISSIG
                                                United States Magistrate Judge

Dated this 15th day of March, 2006.